**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>West Winds Enterprises, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 34-1983317 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>ZIPCODE | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cabarrus | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>1940 Derita Road<br>Concord, NC<br>ZIPCODE 28075 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>West Winds Boulevard, Concord, NC | ZIPCODE 28075 |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  Commercial Property Management

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>West Winds Enterprises, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>West Winds II Enterprises, LLC | Case Number:<br>Pending | Date Filed:<br>6/11/2010 |
|---|---|---|
| District:<br>Western District of North Carolina | Relationship:<br>Affiliate | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>West Winds Enterprises, LLC | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ Glenn C. Thompson*
Signature of Attorney for Debtor(s)

Glenn C. Thompson
Printed Name of Attorney for Debtor(s)

HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
Firm Name

201 S. College Street, Suite 2020
Address

Charlotte, NC 28244

704-344-1117
Telephone Number

_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /S/ A WAYNE MOTLEY, SR.
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In re   West Winds Enterprises, LLC                 ,
          Debtor

Case No. _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fifth Third Bank<br>6310 Fairview Road<br>Charlotte, NC  28210 | | | | 4,579,879.00<br>Collateral FMV<br>4,230,000.00 |
| CPS Color Equipment, Inc.<br>7925 West Winds Boulevard<br>Concord, NC  28027 | | | Contingent | 25,246.42 |
| City of Concord<br>PO Box 580469<br>Charlotte, NC  28258 | | | | 2,765.45 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rogers Townsend & Thomas<br>2701 Coltsgate Road<br>Suite 300<br>Charlotte, NC  28211 | | | | 1,425.00 |
| Windstream<br>PO Box 9001908<br>Louisville, KY  40290 | | | | 463.46 |
| Allied Waste<br>PO Box 219<br>Pineville, NC 28134-0219 | | | | 161.33 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  _____

Signature    /s/ A. Wayne Motley, Sr.
             _____
             A. WAYNE MOTLEY, SR.,

```
Allied Waste
PO Box 219
Pineville, NC   28134-0219


B & W Motley, LLC
1940 Derita Road
Concord, NC 27027


C & M Motley, LLC
1700 Derita Road
Concord, NC   28027


Cabarrus County Tax Collectors Office
PO Box 707
Concord, NC   28207-2627


City of Concord
PO Box 580469
Charlotte, NC   28258


City of Concord Tax Collector
PO Box 580473
Charlotte, NC   28258-0473


Corinthian International, Inc.
7804-C Fairview Road
Suite 218
Charlotte, NC   28226


Corinthian International, Inc.
7804-C Fairview Road, Suite 218
Charlotte, NC   28226


CPS Color Equipment, Inc.
7925 West Winds Boulevard
Concord, NC   28027


CPS Color Equipment, Inc.
7925 West Winds Boulevard
Concord, NC   28027
```

```
Fifth Third Bank
6310 Fairview Road
Charlotte, NC  28210


Flyright, Inc.
7275 Westwinds Blvd.
Concord, NC  28027


Helda Enterpirses Limited Partnership
7804-C Fairview Road
Suite 218
Charlotte, NC  28226


Helda Enterpirses, L.P.
7804-C Fairview Road
Suite 218
Charlotte, NC  28226


NORTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 1168
RALEIGH, NC  27602


NORTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 1168
RALEIGH, NC  27602


Robert Shawn Helda
7804-C Fairview Road
Suite 218
Charlotte, NC  28226


Rogers Townsend & Thomas
2701 Coltsgate Road
Suite 300
Charlotte, NC  28211
```

```
SC Hondros & Associates
c/o Ryan L. Beaver
Shumaker Loop & Kendrick, LLP
128 S. Tryon Street, Suite 1800
Charlotte, NC   28202


Team Mechanical
2811 Central Avenue
Charlotte, NC   28205-5338


Team Mechanical
2811 Central Avenue
Charlotte, NC   28205-5338


Terminix Service
3206 Perry Street
Concord, NC   28027


Terminix Service
3206 Perry Street
Concord, NC   28027


Valleycrest Landscaping
PO Box 404083
Atlanta, GA   30384-4083


Valleycrest Landscaping
PO Box 404083
Atlanta, GA   30384-4083


Windstream
PO Box 9001908
Louisville, KY   40290
```

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**

In re  West Winds Enterprises, LLC ,
                Debtor

Case No.

Chapter  11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| B & W Motley, LLC<br>1940 Derita Road<br>Concord, NC 27027 | | 25% Member |
| C & M Motley, LLC<br>1700 Derita Road<br>Concord, NC  28027 | | 25% Member |
| Helda Enterpirses Limited Partnership<br>7804-C Fairview Road<br>Suite 218<br>Charlotte, NC  28226 | | 50% Member |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B203
12/94

# United States Bankruptcy Court
## Western District of North Carolina

In re West Winds Enterprises, LLC

Case No. _____

Chapter _____11_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................…………………….....  $ ____0.00____
   Prior to the filing of this statement I have received ........…………………................  $ __40,621.00__
   Balance Due .........................…………………………….....................  $ ____0.00____

2. The source of compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____        /s/ Travis W. Moon
Date                                    Signature of Attorney

                                        HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
                                        *Name of law firm*

## CORPORATE RESOLUTION

*1940*

We, the undersigned, being the members of West Winds Enterprises, LLC, a North Carolina limited liability corporation (the "Company") having corporate headquarters located at ⬛⬛⬛ Derita Road, Concord, NC 28027, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that either manager of the Company, A. Wayne Motley, Sr. or R. Shawn Helda, is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; provided that pursuant to Section 5.1(a) of the Company's Operating Agreement, any action of the managers shall require the consent of a minimum of two of the managers, one of whom shall be R. Shawn Helda; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the managers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; provided that pursuant to Section 5.1(a) of the Company's Operating Agreement, any action of the managers shall require the consent of a minimum of two of the managers, one of whom shall be R. Shawn Helda; and it is

FURTHER RESOLVED, that any of the managers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the managers of the Company deem necessary or appropriate, upon such terms and conditions as the managers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; provided that pursuant to Section 5.1(a) of the Company's Operating Agreement, any action of the managers shall require the consent of a minimum of two of the managers, one of whom shall be R. Shawn Helda; and it is

FURTHER RESOLVED, that any of the managers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; provided that pursuant to Section 5.1(a) of the Company's Operating Agreement, any action of the managers shall require the consent of a minimum of two of the managers, one of whom shall be R. Shawn Helda; and it is

{00178872 v 2}

FURTHER RESOLVED, that all actions taken by the managers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
_____, 2010

WEST WINDS ENTERPRISES, LLC

By: _____
Name: Shawn Helda
Title: Manager

By: _____
Name: A. Wayne Motley, Sr.
Title: Manager

By: _____
Name: Robert Mitchell Motley
Title: Manager

{00178872 v 2}                              2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WEST WINDS ENTERPRISES, LLC** | ) | 10-_____ |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for West Winds Enterprises, LLC in the above-captioned action, certifies that no publicly traded corporation directly or indirectly owns 10% or more of any class of the Debtor's interests.

Dated: Charlotte, North Carolina
June 11, 2010

                                          HAMILTON MOON STEPHENS STEELE
                                          & MARTIN, PLLC

                                          /s/ Glenn C. Thompson
                                          Glenn C. Thompson (Bar No. 37221)
                                          2020 Charlotte Plaza
                                          201 South College Street
                                          Charlotte, North Carolina 28244-2020
                                          Telephone: (704) 344-1117
                                          *Counsel for the Debtor*